IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN WESLEY HENDERSON,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0091

Opinion filed March 8, 2016.

An appeal from an order of the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

John Wesley Henderson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

      AFFIRMED.


ROBERTS, C.J., SWANSON, and KELSEY, JJ., CONCUR.